UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-8220-WM
19-8221-WM

IN RE APPLICATION
FOR SEARCH WARRANTS

_____/

## MOTION TO UNSEAL

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and hereby requests this Honorable Court unseal the Applications for Search Warrant, Search Warrants, and Affidavits in the above captioned cases, as a complaint has been filed in this matter and there is no further need for confidentiality.

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY


BY: *Adrienne Rabinowitz*
ADRIENNE RABINOWITZ
ASSISTANT UNITED STATES ATTORNEY